**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 151 EAL 2014
                                                          :
               Respondent : 
                                                          : Petition for Allowance of Appeal from the
                                                          : Order of the Superior Court
         v.                                   :
                                                          :
                                                          :
                                                          :
GEORGE PARROTT,                        :
                                                          :
               Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.